Edward Henry, appellee, v. Glees-Roth Baking Company, appellant. Gen. No. 34,445.

Opinion filed April 15, 1931. Rehearing denied April 27, 1931.

Henry Roth, for appellant. Clifford C. Elger, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

Peter Branson and Petronela Branson, appellees, v. August Pocius and Anele Pocius, appellants. Gen. No. 34,460.

Opinion filed April 15, 1931.

Victor Frohlich and Edward McTiernan, for appellants; Schuyler, Weinfeld & Parker and Julius P. Waitches, for appellees; Henry E. Jacobs, Ben Aronin and George W. D. Lederer, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Leo Halper, appellee, v. Maytag-Chicago Company, appellant. Gen. No. 34,469.

Opinion filed April 15, 1931.

Emmet J. Cleary, for appellant. Aaron Soble, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

Myrtle F. Simon, defendant in error, v. Edward Singer et al., defendants. Edward Singer, plaintiff in error. Gen. No. 34,488.

Opinion filed April 15, 1931.

M. A. Mills, for plaintiff in error. Harris F. Williams, Eldon M. Votaw and Robert C. Baumgartner, for defendants in error.

Mr. Justice Hebel delivered the opinion of the court.